# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | AARON COLE & JESSICA MARIE RUBIN |
| **Case Number:** | 4:13-BK-01496-BMW  **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 04, 2013 11:15 AM   COURTROOM 446 |
| **Bankruptcy Judge:** | BRENDA M. WHINERY |
| **Courtroom Clerk:** | CINDY TURNBULL |
| **Reporter / ECR:** | ANN MARIE VENTURA |

## *Matters:*

1) APPROVAL OF DEBTORS' DISCLOSURE STATEMENT
   R / M #:   37 / 0

2) FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 2619 EAST PRINCE ROAD, TUCSON, AZ FILED BY GREEN TREE SERVICING, LLC (set at hrg. held 7/30/13) (CONT. FROM 8/28/13)
   R / M #:   34 / 0

## *Appearances:*

SCOTT D. GIBSON, ATTORNEY FOR AARON COLE RUBIN, JESSICA MARIE RUBIN
JASON P SHERMAN, ATTORNEY FOR GREEN TREE SERVICING, LLC. APPEARING BY PHONE

## *Proceedings:*

ITEM #1:  MR. GIBSON REPORTS THERE WERE NO OBJECTIONS TO THE DISCLOSURE STATEMENT, AND HE URGES THE COURT TO APPROVE IT.

COURT:  THE DEBTORS WILL HAVE TO AMEND THEIR DISCLOSURE STATEMENT, AND AN ORDER WILL ISSUE.  MR. GIBSON CAN FILE A REDLINED DISCLOSURE STATEMENT, AND IT WILL BE APPROVED WITHOUT A FURTHER HEARING.  CONFIRMATION WILL BE SET FOR OCTOBER 23, 2013 AT 10:45 A.M. (5 MIN.)

ITEM #2:  MR. GIBSON STATES HE FEELS THE PARTIES ARE CLOSE TO A RESOLUTION, AND HE ASKS THAT THIS HEARING BE CONTINUED TO THE SAME DATE AND TIME AS THE CONFIRMATION HEARING.  HE FEELS THERE WILL PROBABLY BE A STIPULATION, AND THEY MAY HAVE A CONSENSUAL PLAN.

MR. SHERMAN AGREES.

COURT:  THE FINAL HEARING WILL BE CONTINUED TO OCTOBER 23, 2013 AT 10:45 A.M. TO TRACK CONFIRMATION.