Shapiro, Van Ess & Sherman, LLP
3636 N. Central Ave., Suite #400
Phoenix, AZ 85012
(602)222-5711
(602)222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Jason P. Sherman, Bar # 019999
Lydia R. Tulin, Bar #027093
Attorney for Green Tree Servicing LLC
[FILE 13-018442 GRT]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>AARON COLE AND JESSICA MARIE RUBIN,<br><br>Debtor.<br><br>GREEN TREE SERVICING LLC, its assigns and / or successors-in-interest,<br>Movant,<br>v.<br><br>AARON COLE AND JESSICA MARIE RUBIN, U.S. Trustee, Trustee,<br>Respondents. | Case # 4:13-bk-01496-BMW<br><br>Chapter 11<br><br>ORDER APPROVING STIPULATION REGARDING PLAN TREATMENT OF FIRST LIEN ENCUMBERING REAL PROPERTY LOCATED AT<br><br>2619 East Prince Road<br>Tucson, AZ 85716 |

    Based on a stipulation filed by the parties concerning plan treatment for the property located at 2619 East Prince Road Tucson, AZ 85716 and for good cause appearing,

    **IT IS HEREBY ORDERED** adopting and approving the terms of the Stipulation as an Order of the Court.

**AS DATED AND SIGNED ABOVE**