THIS ORDER IS APPROVED.

Dated: December 16, 2014



Brenda Moody Whinery, Bankruptcy Judge
_____

LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600
SBN: 007395
ecf@sdglaw.net

Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>AARON COLE RUBIN<br>JESSICA MARIE RUBIN,<br><br>Debtors. | In Proceedings Under Chapter 11<br><br>NO. 4-13-bk-1496-BMW<br><br>**ORDER CONFIRMING DEBTORS' PLAN DATED JUNE 3, 2013** |

The Debtors having submitted a Plan of Reorganization Dated June 3, 2013 (DKT #36) (the "Plan"), after notice and opportunity for hearing, and the resolution of all objections by Stipulation, the Court hereby finds and concludes as follows:

1. The Plan complies with each and all of the requirements of confirmation as prescribed by Title 11, United States Bankruptcy Code, including, but not limited to, 11 U.S.C. §§ 1123 and 1129(a)(1)-(13);

2. The Effective Date of the Plan shall be 15 days following the date of the entry of this Order;

3. The Debtors shall be, and hereby are, authorized and directed to pay any and all claims classified as Class 1 administrative expenses under the Plan, to the extent that such

claims have been allowed, unless other arrangements have been made with such creditors for a later payment of such claims;

    4. The secured claim of Bank of America, N.A., shall be paid pursuant to the terms of the Stipulation Re: Treatment of Claim under Chapter 11 Plan (Dkt #103) which Stipulation was approved by Order of the Court dated May 27, 2014 (Dkt # 111);

    5. The secured claim of U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2007-RSI and the loan servicer Ocwen Loan Servicing, LLC, shall be paid pursuant to the certain Stipulation Re Treatment of Claim Under Chapter 11 Plan (Dkt# 105) as approved by Order dated May 27, 2014 (Dkt #112);

    6. The secured claim of Green Tree Servicing, LLC, shall be paid pursuant to the terms of the Stipulation Re: Treatment of Claim under Chapter 11 Plan (Dkt #108-1) which Stipulation was approved by Order of the Court dated June 20, 2014 (Dkt # 115);

    7. All unexpired leases and executory contracts for which notice of rejection has been filed by the date of this Order shall be deemed rejected, otherwise the contracts and leases shall be deemed assumed;

    8. Any and all pre-confirmation operating reports for the Debtors, and any unpaid fees due to the Office of the United States Trustee, shall be filed and paid within 30 days of the date they become due or 30 days from the date of the entry of this Order, whichever is later;

    9. Notwithstanding anything contained in the Plan to the contrary following entry of this Order, the Reorganized Debtors shall file quarterly operating reports and shall pay quarterly fees until this case is closed, dismissed, or converted.

ORDER CONFIRMING PLAN.doc

NOW, THEREFORE, good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Plan shall be, and hereby is, confirmed; and

2. The Debtors shall be, and hereby are, authorized and directed to make all payments and take all actions required under the Plan.

**DATED AND SIGNED ABOVE**

LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600

ORDER CONFIRMING PLAN.doc